Commonwealth ex rel. Nerwinski, Appellant, *v.* Cavell.

Submitted June 13, 1958. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Walter S. Nerwinski,* appellant, in propria persona.

*Domenick Vitullo* and *Juanita Kidd Stout,* AssistantDistrict Attorneys, *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, July 17, 1958:

The order of the court below denying relator's petition for a writ of habeas corpus is affirmed on the opinion of President Judge Bok of the Court of Common Pleas No. 6 of Philadelphia County, as reported in 13 Pa. D. & C. 2d 113.